IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JEFFREY DAVIS,** § § | |
| Plaintiff, § § | |
| v. § | Case No. 5:12-cv-02738-DEW-MLH |
| § | |
| **UNION PACIFIC RAILROAD** § | |
| **COMPANY, a corporation,** § § | |
| Defendant. § | |

## FINAL JUDGMENT

This matter came before the court pursuant to regular assignment and, following trial before a jury of twelve with the Honorable Donald E. Walters presiding, the unanimous decision of the jury rendering verdict for the Plaintiff, Jeffrey Davis, and against the Defendant, Union Pacific Railroad Company, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Defendant, Union Pacific Railroad Company, violated the Federal Railroad Safety Act, and the Plaintiff, Jeffrey Davis, is awarded compensatory damages in the sum of **THREE HUNDRED SEVETY-FIVE THOUSAND AND NO/100 ($375,000.00) DOLLARS**, which shall include prejudgment interest at the legal interest rate, plus post judgment interest at the legal interest rate, per annum; along with all litigation costs, expert witness fees, and other expenses of these proceedings. It is further

**ORDERED ADJUDGED AND DECREED** that pursuant to the 49 U.S.C § 20109(e) of the Federal Railroad Safety Act, the Plaintiff's employment with Union Pacific Railroad Company shall be immediately reinstated, with the same seniority status that he would have had but for his unlawful termination.  It is further

**ORDERED, ADJUDGED AND DECREED** that pursuant to 49 U.S.C. § 20109(e) of the Federal Railroad Safety Act, the Plaintiff is entitled to the recovery of attorney's fees and all litigation costs, expert witness fees, and other expenses of these proceedings and shall submit a motion to the Court, to be filed no later than fourteen (14) days after the entry of judgment hereby, setting forth the amount sought or provide a fair estimate of the same.

**JUDGMENT READ AND SIGNED** on this _____ day of June, 2015 in Chambers in Shreveport, Louisiana.

_____
**JUDGE DONALD E. WALTERS**
**UNITED STATES DISTRICT COURT**

**RESPECTFULLY SUBMITTED:**

| | | |
|---|---|---|
| **/s/  Christopher S. Suba** | **/s/  Jeff R. Dingwall** | **/s/  C. Kiel Garella** |
| Christopher S. Suba | Jeff R. Dingwall | C. Kiel Garella |
| (LBN 28832) | (CA Bar No. 265432) | (NC Bar No. 42839) |
| 406 North Fourth Street | 555 West Beech Street, Ste. 510 | 409 East Boulevard |
| Baton Rouge, LA  70802 | San Diego, California 92101 | Charlotte, NC 28203 |
| Telephone:  (225) 926-6788 | Telephone:  (619) 796-3464 | Telephone:  (980) 321-7934 |
| Facsimile:  (225) 926-8345 | Facsimile:  (619) 717-8762 | Facsimile:  (704) 990-6734 |
| Email:    chris@clary-associates.com | Email:  jeff@jrdingwall.com | Email: kiel@gljustice.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* | *Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 24, 2015, a copy of the foregoing proposed final judgment was sent to all counsel of record via email, as follows:

Linda C. Schoonmaker
lschoonmaker@seyfarth.com
Brian A. Wadsworth
bwadsworth@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

Jason B. Nichols
jason.nichols@cookyancey.com
sam.caverlee@cookyancey.com
COOK, YANCEY, KING & GALLOWAY, APLC
333 Texas St., Suite 1700
Shreveport, Louisiana 71101
Telephone: (318) 227-7810
Facsimile: (318) 227-7850

David A. Fraser
dfraser@fraser-law.com
4350 Nelson Road
Lake Charles, LA 70605
Telephone: (337) 478-8595

**I FURTHER CERTIFY** that on June 25, 2015, undersigned received objections to both the form and substance of the proposed judgement. Accordingly, it is being sent subject to the objections of the Defendant, Union Pacific Railroad Company.

*/s/ Christopher S. Suba*
Christopher S. Suba
(LBN 28832)
406 North Fourth Street
Baton Rouge, LA 70802
Telephone: (225) 926-6788
Facsimile: (225) 926-8345
Email: chris@clary-associates.com
*Attorney for Plaintiff*