

February 17, 2016

**Via Email**
Caroline B. Gardner
Judicial Law Clerk
United States District Judge Donald E. Walter
300 Fannin Street, Suite 4200
Shreveport, Louisiana 71101
(318) 676-3175
Caroline_Gardner@lawd.uscourts.gov

    Re:    *No. 5:12-CV-02738-DEW; Jeffrey Davis v. Union Pacific Railroad Company*

Dear Ms. Gardner,

    This letter will serve as Plaintiff's advisement that all claims have been resolved, that the pending motion for attorney's fees is moot, and that the case is ready to be closed.

    Thank you.

    Sincerely,

    */s/ Jeff R. Dingwall*
    Jeff R. Dingwall
    Attorney for Plaintiff, Jeffrey Davis


cc:    Christopher S. Suba, Esq. (via electronic mail)
       C. Kiel Garella, Esq. (via electronic mail)
       Linda C. Schoonmaker, Esq. (via electronic mail)
       Samuel W. Caverlee, Esq. (via electronic mail)