

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

December 15, 2016

*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101*
*318-676-4273*

Cook, Yancey, King & Galloway
Mr. Jason B. Nichols
333 Texas St., Ste. 1700
P. O. Box 22260
Shreveport, LA  71120-2260

Re:  *5:12-cv-2738, Jeffrey Davis. V. Union Pacific Railway Company*

Dear Mr. Nichols:

Enclosed please find the original Bond, Bond No. 019051555, filed August 11, 2015, by Union Pacific Railroad Company in the above captioned matter.  It has been cancelled as the case has concluded.

If you have any questions, please do not hesitate to contact me.

Sincerely,

TONY R. MOORE, Clerk of Court

BY: s/Ms. Trelvis Dunford
Deputy Clerk



RECEIVED
AUG 11 2015
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY _____

**CANCELLED**

SUPERSEDEAS BOND

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

LAW NO. 5:12-cv-02738                              SHREVEPORT DIVISION

JEFFREY L. DAVIS, PLAINTIFF        BOND #019051555

VERSUS

UNION PACIFIC RAILROAD COMPANY, DEFENDANT

KNOW ALL MEN BY THESE PRESENTS, That we, Union Pacific Railroad Company as Principal, and Liberty Mutual Insurance Company, a Massachusetts corporation, as surety are held and firmly bound unto the United States District Court Western District of Louisiana-Shreveport Division in the amount of Six Hundred Ninety Thousand Two Hundred Ninety------------------88/100DOLLARS ($690,290.88) for the payment of which, well and truly to be made, we bind ourselves, our successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the said Union Pacific Railroad Company has petitioned the United States District Court Western District of Louisiana-Shreveport Division for the State of Louisiana for an appeal to said court of an action previously decided in United States District Court Western District of Louisiana-Shreveport Division court, wherein the said Union Pacific Railroad Company is Defendant, and being numbered 5:12-cv-02738 on the docket thereof;

NOW THEREFORE, the condition of this obligation is such that if the said Union Pacific Railroad Company shall pay all costs, disbursements and judgments incurred by reason of the said appeal proceeding, then this obligation shall be null and void and released, otherwise to remain in full force and effect, provided however, the maximum liability of the surety shall not exceed the penal sum of Six Hundred Ninety Thousand Two Hundred Ninety---------------88/100DOLLARS ($690,290.88).

IN WITNESS WHEREOF, <u>Union Pacific Railroad Company</u> as Principal and <u>Liberty Mutual Insurance Company</u>, as Surety, have hereunto set our hands this <u>5</u>th day of <u>August</u> <u>2015</u>

ATTEST/WITNESS

By: _[signature]_

 

<u>Union Pacific Railroad Company</u>

By: _[signature]_

<u>Liberty Mutual Insurance Company</u>

By: _[signature]_
Wayne G. McVaugh, Attorney In Fact

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 6991656

American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

# POWER OF ATTORNEY

**KNOWN ALL PERSONS BY THESE PRESENTS:** That American Fire & Casualty Company and The Ohio Casualty Insurance Company are corporations duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, __Annette M. Leuschner; Douglas R. Wheeler; Elizabeth Marrero; Jaquanda S. Martin; Marina Tapia; Mary C. O'Leary; Maureen McNeill; Patricia A. Rambo; Sara Owens; Wayne G. McVaugh__

all of the city of __Philadelphia__, state of __PA__ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this __20th__ day of __May__, __2015__.

American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA ss
COUNTY OF MONTGOMERY

On this __20th__ day of __May__, __2015__, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of American Fire and Casualty Company, Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires March 28, 2017
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII** – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Gregory W. Davenport, the undersigned, Assistant Secretary, of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this __5th__ day of __August__, 20__15__.

By: _Gregory W. Davenport_
Gregory W. Davenport, Assistant Secretary

Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

213 of 500

LMS_12873_122013



## LIBERTY MUTUAL INSURANCE COMPANY

### FINANCIAL STATEMENT — DECEMBER 31, 2014

| Assets | | Liabilities | |
|---|---|---|---|
| Cash and Bank Deposits | $744,221,142 | Unearned Premiums | $6,288,178,795 |
| *Bonds — U.S Government | 1,718,117,704 | Reserve for Claims and Claims Expense | 16,879,324,618 |
| *Other Bonds | 11,205,872,087 | Funds Held Under Reinsurance Treaties | 211,983,009 |
| *Stocks | 9,533,437,819 | Reserve for Dividends to Policyholders | 1,246,547 |
| Real Estate | 277,742,849 | Additional Statutory Reserve | 40,877,587 |
| Agents' Balances or Uncollected Premiums | 4,150,041,316 | Reserve for Commissions, Taxes and Other Liabilities | 2,664,248,124 |
| Accrued Interest and Rents | 129,261,358 | Total | $26,085,858,680 |
| Other Admitted Assets | 14,896,464,393 | Special Surplus Funds    $53,954,363 | |
| | | Capital Stock                  10,000,000 | |
| | | Paid in Surplus             8,829,117,542 | |
| | | Unassigned Surplus       7,676,228,083 | |
| **Total Admitted Assets** | **$42,655,158,668** | Surplus to Policyholders | 16,569,299,988 |
| | | **Total Liabilities and Surplus** | **$42,655,158,668** |



\* Bonds are stated at amortized or investment value; Stocks at Association Market Values. The foregoing financial information is taken from Liberty Mutual Insurance Company's financial statement filed with the state of Massachusetts Department of Insurance.

I, TIM MIKOLAJEWSKI, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the foregoing is a true, and correct statement of the Assets and Liabilities of said Corporation, as of December 31, 2014, to the best of my knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation at Seattle, Washington, this 20th day of March, 2015.

_T A Mikolajewski_
Assistant Secretary

S-1262LMIC/a 3/15

**COOK, YANCEY, KING & GALLOWAY**
A PROFESSIONAL LAW CORPORATION
333 TEXAS STREET, SUITE 1700
POST OFFICE BOX 22260
SHREVEPORT, LOUISIANA 71120-2260
www.cookyancey.com

Jason B. Nichols

Writer's Direct
(318) 227-7823
jason.nichols@cookyancey.com

TELEPHONE (318) 221-6277
TELECOPIER (318) 227-7850

August 10, 2015

**VIA HAND DELIVERY**
Clerk of Court
United States District Judge
300 Fannin Street, Suite 4200
Shreveport, LA 71101-3059

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
SHREVEPORT, LOUISIANA
DATE 8/11/15

RE: **Jeffrey Davis v. Union Pacific Railway Company**
Docket No. 5:12-cv-02738; Western District of Louisiana

Dear Clerk:

Enclosed please find the original Supersedeas Bond, along with a copy of the notice of confirmation ECF filing.

Respectfully yours,

Jason B. Nichols

JBN/sls

Enclosure

cc (via email delivery):
 Brian Wadsworth
 Charled Kiel Garella
 Christopher Scott Suba
 David A. Fraser
 Jeff R. Dingwall
 Linda C. Schoonmaker

## Notices

5:12-cv-02738-DEW-MLH Davis v. Union Pacific Railroad Co **CASE CLOSED on 07/01/2015**

CLOSED

## U.S. District Court

## Western District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Schoonmaker, Linda on 8/7/2015 at 12:25 PM CDT and filed on 8/7/2015
**Case Name:** Davis v. Union Pacific Railroad Co
**Case Number:** 5:12-cv-02738-DEW-MLH
**Filer:** Union Pacific Railroad Co
**WARNING: CASE CLOSED on 07/01/2015**
**Document Number:** 150

**Docket Text:**
**NOTICE by Union Pacific Railroad Co of Supersedeas Bond re [140] Order, Terminate Motions,, (aty,Schoonmaker, Linda)**

**5:12-cv-02738-DEW-MLH Notice has been electronically mailed to:**

Brian Wadsworth    bawadsworth@seyfarth.com, cbaggett@seyfarth.com

Charles Kiel Garella    kiel@GLjustice.com

Christopher Scott Suba    chris@clary-associates.com, amy@clary-associates.com, jim@clary-associates.com

David A Fraser    dfraser@fraser-law.com, dlandry@fraser-law.com, gabshire@fraser-law.com

Jason Blance Nichols    jason.nichols@cookyancey.com, angela.rockwell@cookyancey.com, john.kalmbach@cookyancey.com, sheila.sansom@cookyancey.com

Jeff R Dingwall    jeff@jrdingwall.com

Linda C Schoonmaker    lschoonmaker@seyfarth.com, bmaxwell@seyfarth.com

Samuel W Caverlee    sam.caverlee@cookyancey.com, cathy.mcgregor@cookyancey.com, veronica.morgan@cookyancey.com

**5:12-cv-02738-DEW-MLH Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045083339 [Date=8/7/2015] [FileNumber=3886166-0]
[a459665dd036fb6e0aff89fb33ae08fa8181900faf75d6eca6eaa35b6074d239e9b9
7fc1f3ae3435949f162011f73444623ca0d0294ec7310144367ce6ee7755]]